# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Leland Oil & Gas, LLC, and K and R Roustabout, Inc., ) ) ) | |
| Plaintiffs, ) ) | **ORDER GRANTING EXTENSION OF TIME** |
| vs. ) ) ) | Case No.: 1:14-cr-161 |
| Marsha Azar and Saul Azar dba Illinois Energy, and Bensun Energy, LLC, ) ) ) | |
| Defendants. ) | |

On March 13, 2015, the court issued an order extending the deadline for Defendants Marsha and Saul Azar (hereinafter referred to as "the Azars") to file a responsive pleading. On April 1, 2015, the Azars contacted the court to request another extension. The court **GRANTS** the Azars' request. The Azars shall have until April 13, 2015, to file an answer or otherwise respond to plaintiffs' complaint. The court reminds the Azars that any future *pro se* filings must be mailed to the court and must include an original signature. The court further advises the Azars that it will not look favorably upon any further requests for additional time.

**IT IS SO ORDERED.**

Dated this 1st day of April, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court