# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Leland Oil & Gas, LLC, and K and R, Roustabout, Inc., | ) ) ) |
| Plaintiffs, | ) **ORDER ADOPTING REPORT** ) **AND RECOMMENDATION** |
| vs. | ) ) Case No. 1:14-cv-161 |
| Marsha Azar and Saul Azar dba Illinois, Energy, and Bensun Energy, LLC, | ) ) ) |
| Defendants. | ) |

Before the Court is a "Motion for Default Judgment Against Defendant Bensun Energy, LLC" filed by Plaintiff Leland Oil & Gas, LLC ("Leland Oil") on December 3, 2015. See Docket No. 41. On January 15, 2016, Magistrate Judge Charles S. Miller, Jr. issued a Report and Recommendation in which he recommended that the motion be granted. See Docket No. 43. The parties were given fourteen days to file any objections to the Report and Recommendation. No objections were filed.

The Court has carefully reviewed the Report and Recommendation, relevant case law, and the entire record, and finds the Report and Recommendation to be persuasive. Bensun was served a copy of the summons and complaint of January 24, 2014. The Clerk's entry of default was made on December 2, 2015. Bensun has failed to appear or respond in any fashion.

Accordingly, the Court **ADOPTS** the Report and Recommendation (Docket No. 43) in its entirety. Leland Oil's motion for entry of default judgment (Docket No. 41) is **GRANTED**. Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, the Clerk of Court is directed to enter default judgment against Bensun Energy and in favor of Leland Oil in the amount of $205,781.10 plus interest as provided by law.

**IT IS SO ORDERED.**

Dated this 2nd day of February, 2016.

> */s/  Daniel L. Hovland*
> Daniel L. Hovland, District Judge
> United States District Court