# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Leland Oil & Gas, LLC, and K and R Roustabout, Inc., | ) ) ) |
| Plaintiffs, | ) **ORDER RE RETURN OF** ) **TRIAL EXHIBITS** ) |
| vs. | ) ) |
| Marsha Azar and Saul Azar dba Illinois Energy, and Bensun Energy, LLC, | ) ) ) |
| Defendants. | ) Case No. 1:14-cv-161 ) |

The parties shall within five (5) business days of the date of this order return the trial exhibits that were returned to them by the clerk following the entry of the final judgment.

**IT IS SO ORDERED.**

Dated this 31st day of August, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court

1